**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:                                                                    CASE NO. 10-10381-LMK
BRADFORD T. WILLIAMS,                             CHAPTER 13
and
MARIE ALLENE NORRIS,
     Debtors
_____/

**OBJECTION TO CLAIM 2, CALVARY PORTFOLIO SERVICES, LLC**
**PURSUANT TO NEGATIVE NOTICE**

```
         NOTICE OF OPPORTUNITY TO
           OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider this
motion without further notice or hearing unless a party in
interest files an objection within 21 days from the date of
service of this paper.  If you object to the relief
requested in this paper, you must file your objection with
the Clerk of the Court at 110 E. Park Avenue, Suite 100,
Tallahassee, FL  32301, and serve a copy on the movants'
attorney, Sharon T. Sperling, P.O. Box 358000, Gainesville,
FL 32635-8000, and any other appropriate persons.

If  you  file and serve an objection within the time
permitted, the Court may schedule a hearing and you will be
notified.  If you do not file an objection within the time
permitted, the Court will consider that you do not oppose
the granting of the relief requested in the paper and will
proceed  to consider the paper without further notice or
hearing and may grant the relief requested.
```

      Come Now BRADFORD T. WILLIAMS and MARIE ALLENE NORRIS and

object to the following claim:

1. This objection is made pursuant to 11 U.S.C. §502(a) and (b), Federal Rule of

Bankruptcy Procedure 3007 and 9014, and N.D. Fla. LBR 3007-1 and 9013-2.

2. Calvary Portfolio Services, LLC, filed a proof of claim in this case, as follows:

| Claim No. | Name of Claimant | Date Claim Filed | Account No. on Claim | Amount of Claim |
|---|---|---|---|---|
| | | | | |

1

| 2 | Calvary Portfolio Services, LLC | 7/27/2010 | 5089 | $17,351.49 |

3. Other than the case number, none of the identifying information on the claim indicates that it is a claim against the Debtors in this case; the name of the debtor is "Angel Suazo," and the account number and amount of claim do not match any claim scheduled by the Debtors.

Wherefore, the Debtors request the Court disallow the claim as filed, and request such other and further relief as the Court deems proper under the circumstances.

Dated August 2, 2010.

/s/ Sharon T. Sperling
Sharon T. Sperling
Florida Bar No. 0763489
Attorney for Debtors
P.O. Box 358000
Gainesville FL 32635-8000
(352) 371-3117
(352) 377-6324 fax
sharon@sharonsperling.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing has been furnished by electronic noticing or United States Mail to those listed below on August 2, 2010.

Leigh D. Hart, Trustee
P.O. Box 646
Tallahassee, FL 32302

Calvary Portfolio Services, LLC
c/o Jorge L. Palma, Esquire
Andreu, Palma & Andreu, PL
701 SW 27th Ave., #900
Miami, FL 33135

/s/ Sharon T. Sperling
Sharon T. Sperling